# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

CAROL GAYLOR,
an individual,

     Plaintiff,

   vs.

QUALITY FOODS REAL
ESTATE OF CORNELIA, INC.,
a Georgia Corporation,

    Defendant.

Case No. 2:24-CV-295-SCJ

## JOINT NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that all claims pending in this matter have been resolved to the satisfaction of Plaintiff and Defendant. The parties request that this case be administratively closed, and that the Court permit the parties thirty (30) days to complete the settlement, at which time they shall file to dismiss this case with prejudice.

Respectfully submitted this 24th day of February 2025.

FISHER & PHILLIPS LLP

*/s/ Myra K. Creighton*
Myra K. Creighton
Georgia Bar No. 195660
mcreighton@fisherphillips.com
1230 Peachtree Street NE, Suite 3300

FP 53926477.2

Atlanta, GA 30309
(404) 231-1400
(404) 240-4249 Facsimile

*Counsel for Defendant Quality Foods*
*Real Estate of Cornelia, Inc.*

KU & MUSSMAN, P.A.
18501 Pines Blvd, Suite 362
Pembroke Pines, FL 33029
Tel: (305) 891-1322
Fax: (954) 686-3976

*/s/ John A. Moore*
John A. Moore, Esq.
Georgia Bar Number: 519792
THE MOORE LAW GROUP, LLC
1745 Martin Luther King, Jr. Drive
Atlanta, Georgia 30314
Telephone: (678) 288-5601
Facsimile: (888) 553-0071
jmoore@moorelawllc.com

*Counsel for Plaintiff*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.l(D), I hereby certify that the foregoing has been prepared

in compliance with Local Rule 5.1(b) in 14-point Times New Roman typeface.

*/s/Myra K. Creighton*

FP 53926477.2

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

CAROL GAYLOR,
an individual,

      Plaintiff,

    vs.

QUALITY FOODS REAL
ESTATE OF CORNELIA, INC.,
a Georgia Corporation,

      Defendant.

Case No. 2:24-CV-295-SCJ

## PROPOSED ORDER

The Parties having announced settlement, the Court hereby DIRECTS the Clerk to administratively close this case. The parties shall file a dismissal upon finalization of the settlement documents. If settlement negotiations fail, the parties should promptly move to reopen the case.[1]

      SO ORDERED, this _____ day of February 2025.

_____
Hon. Steve Jones
United States District Court Judge

---

[1] Administrative closure is a docket-control device used by the Court for statistical purposes. The parties need only file a motion to reopen the case if settlement negotiations fail. Administrative closure will not prejudice the rights of the parties to this litigation in any manner.

FP 53926477.2

# <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on this 24th day of February 2025, a copy of the foregoing was served via the Court's CM/ECF filing system on the following counsel:

KU & MUSSMAN, P.A.
18501 Pines Blvd, Suite 362
Pembroke Pines, FL 33029
Tel: (305) 891-1322
Fax: (954) 686-3976

John A. Moore, Esq.
THE MOORE LAW GROUP, LLC
1745 Martin Luther King Jr., Drive
Atlanta, GA 30314
jmoore@moorelawllc.com

/s/ Myra K. Creighton
Myra K. Creighton
Georgia Bar No. 195660

FP 53926477.2