**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

CAROL GAYLOR,
an individual,

       Plaintiff,

   vs.

QUALITY FOODS REAL
ESTATE OF CORNELIA, INC.,
a Georgia Corporation,

       Defendant.

Case No. 2:24-CV-295-SCJ

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff and Defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice, each party to bear its respective fees and costs.

Dated: March 4, 2025

Respectfully submitted,                 Respectfully submitted,

1

| | |
|---|---|
| **/s/ John A. Moore** | **/s/ Myra K. Creighton** |
| John A. Moore, Esq. | Myra K. Creighton, Esq. |
| Georgia Bar No: 519792 | Georgia Bar No. 195660 |
| The Moore Law Group, LLC | Fisher & Phillips LLP |
| 1745 Martin Luther King, Jr. Drive | 1230 Peachtree Street NE, Suite 3300 |
| Atlanta, Georgia 30314 | Atlanta, GA 30309 |
| Tel: (678) 288-5601 | Tel: (404) 231-1400 |
| Fax: (888) 553-0071 | Fax: (404) 240-4249 |
| jmoore@moorelawllc.com | mcreighton@fisherphillips.com |
| | |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

/s/ John A. Moore
John A. Moore, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 4, 2025, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send notice of electronic filing to all registered participants to the following:

Myra K. Creighton, Esq.
Fisher & Phillips LLP
1230 Peachtree Street NE, Suite 3300
Atlanta, GA 30309
mcreighton@fisherphillips.com

/s/ John A. Moore
John A. Moore
Georgia Bar No. 519792
Counsel for Plaintiff
The Moore Law Group, LLC
1745 Martin Luther King Jr., Drive
Atlanta, Georgia 30314
Fax: (888) 553-0071
Tel: (678) 288-5601
jmoore@moorelawllc.com